**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

WALTER P. WALKER,                    )
                                     )
            Plaintiff,          )
                                     )
vs.                                  )    Case No.: 4:15-cv-00498-SRB
                                     )
EQUITY GROUP, SEAN ENDECOTT          )
and TERRY MOYER,                     )
                                     )
           Defendants.        )

## <u>ORDER</u>

Before this Court is Pro Se Plaintiff's Motion for Court Request and Retrieve of Medical

Records (Doc. #27). Plaintiff seeks an order from this Court requesting his medical records from

The Kansas University Hospital in order to waive all fees associated with the records request.

Plaintiff states the records are for the purpose of exhibits and proceedings before the Court.

Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Court Request and Retrieve of Medical Records

(Doc. #27) is DENIED and it is the responsibility of Plaintiff to pay for copies of all necessary

medical records.

**IT IS SO ORDERED**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT COURT

DATE: <u>August 21, 2015</u>